NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

------------------------

**FREDERICK FOSTER,**
*Plaintiff-Appellant,*

**v.**

**PITNEY BOWES CORPORATION,**
*Defendant-Appellee,*

AND

**JOHN DOES 1-10,**
*Defendant.*

------------------------

2013-1374

------------------------

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 11-CV-7303, Judge Joel H. Slomsky.

------------------------

**ON MOTION**

------------------------

**O R D E R**

The United States Postal Service moves for a 14-day extension of time to file its response to Frederick Foster's motion to modify the official caption.

Upon consideration thereof,

FREDERICK FOSTER v. PITNEY BOWES CORPORATION                2

IT IS ORDERED THAT:

The motion is granted.  The United States Postal Service's response is due June 6, 2013.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26